**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**JAMIE WILLIAM SITES,**

        Petitioner,

v.

        **Civil Action No. 5:21-CV-184**
        Judge Bailey

**WARDEN, FCI HAZELTON,**

        Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      The above referenced case is before this Court upon the magistrate judge's recommendation that this matter be dismissed without prejudice for the failure to exhaust administrative remedies  *See* [Doc. 7].

      This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).  However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge.  ***Thomas v. Arn***, 474 U.S. 140 (1985).  Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level.  ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984).  No objections have been filed to the magistrate judge's report and recommendation.

1

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation [**Doc. 7**] is **ADOPTED**, and petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [**Doc. 1**] is **DISMISSED** and this Court further **DIRECTS** the Clerk to enter judgment in favor of the respondent and to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED:** March 8, 2022.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**